AARON GORDON, RESPONDENT, v. CHARLES F. BLACKTON, APPELLANT.

Submitted February 12, 1937—Decided April 30, 1937.

For the respondent, *Aaron Gordon*.

For the appellant, *Collins & Corbin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.